Tripp Scott, P.A.
110 Southeast 6th Street
15th Floor
Fort Lauderdale, Florida 33301
Telephone (954) 525-7500 * Fax (954) 761-8475
Tax ID 59-2624630

Crown Liquors of Broward, Inc.
Attn: Angela Williams
910 NW 10 Place
Fort Lauderdale FL 33311

Page 1
June 30, 2008
Account No: 301005-9000M
Statement No: 18

Attn: Angela Williams

General Matters

| | | | |
|---|---|---|---|
| | Previous Balance | | $90.00 |
| | | Hours | |
| 06/09/2008 AJG | Email communications with R. Brooks regarding armed robbery premises liability claim. | 0.30 | |
| 06/17/2008 AJG | Telephone conference with A. Williams regarding updating employment and general matters. | 0.50 | |
| 06/20/2008 BJC | Telephone conference with AJG regarding separation of employment. | 0.50 | |
| AJG | Telephone conference with B. Casals regarding H.R. position restructuring; inner-office conference with Attorney B. Cobb regarding Title VII issues and follow-up with client. | 0.40 | |
| 06/30/2008 AJG | Telephone conference with client re human resources director status and detailed follow up call with A. Williams. | 0.80 | |
| | For Current Services Rendered | 2.50 | 692.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Amy Galloway | 2.00 | $300.00 | $600.00 |
| Brady J. Cobb | 0.50 | 185.00 | 92.50 |

Total Current Work 692.50

Payments

06/16/2008  Payment - Thank You.
Check # 13463                                           -90.00

Balance Now Due                                          $692.50

**EXHIBIT "C"**

Crown Liquors of Broward, Inc.

General Matters

Page 2
June 30, 2008
Account No: 301005-9000M
Statement No: 18



*Due upon receipt*

**EXHIBIT "C"**